# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  NORMAN V. BARON                                   Case Number: 08-72136
        973 INTERLOCH CT. UNIT 973         SSN-xxx-xx-2245
        ALGONQUIN, IL  60102-4109

                                                Case filed on:        7/7/2008
                                                Plan Confirmed on:

                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MATTHEW M LITVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 1,743.47 | 1,743.47 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 10,271.44 | 10,271.44 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 12,014.91 | 12,014.91 | 0.00 | 0.00 |
| 021 | NORMAN V. BARON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAS SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE AUTO FINANCE CORP | 15,869.87 | 0.00 | 0.00 | 0.00 |
| 004 | SAXON MORTGAGE SERVICES INC | 57,550.13 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 73,420.00 | 0.00 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 4,296.00 | 4,296.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 324.43 | 324.43 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,096.16 | 3,096.16 | 0.00 | 0.00 |
| 010 | NATIONAL SCR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONWIDE LOANS LLC | 2,391.50 | 2,391.50 | 0.00 | 0.00 |
| 012 | PAYCHECK TODAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PAYCHECK TODAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | THE ESQUIRE STAFFING GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 780.00 | 780.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 362.54 | 362.54 | 0.00 | 0.00 |
| 018 | HSBC BANK N/A | 588.58 | 588.58 | 0.00 | 0.00 |
| 019 | HSBC BANK N/A | 634.77 | 634.77 | 0.00 | 0.00 |
| 020 | HSBC BANK N/A | 10,279.38 | 10,279.38 | 0.00 | 0.00 |
|  | Total Unsecured | 22,753.36 | 22,753.36 | 0.00 | 0.00 |
|  | Grand Total: | 108,188.27 | 34,768.27 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  11/24/2008         By  /s/Heather M. Fagan